OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFIC P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 17. 2015

PRESORTED
FIRST CLASS

COURT OF CRIMINAL APPEALS OF TEXAS

6/17/2015
NAVARRO, RUBEN    Tr. Ct. No. 1993CR4509B-W3    WR-36,036-03
On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

RTS

RETURN TO SENDER
INCOMPLETE INFORMATION
NEED SUBMISSION
LOCATION TO BOUTF/

RUBEN NAVARRO
Bexar County
200 W. Comal St.
San Antonio TX
78262-3505